JS 45 (1/96) Electronic Version

# Criminal Case Cover Sheet

U.S. District Court

SEALED

## Place of Offense:

City: ~~Madison~~ Cottage Grove

County/Parish: Dane ~~d~~ Iowa

## Related Case Information:

Superseding ______ Docket Number ______

Same Defendant ______ New Defendant ______

Magistrate Judge Case Number ______

Search Warrant Case Number 09 CR 136 C

R 20/ R 40 from District of ______

## Defendant Information:

Matter to be sealed: ☒ Yes ☐ No

Def. Name: Matthew R. Fox

Alias Name: ______

City & State Only: Ithaca, NY

Year of Birth: 1979 Last 4 digits of SSN ______

Sex: Male Race: White

## U.S. Attorney Information:

AUSA: Timothy M. O'Shea Bar # ______

Interpreter ☒ No ☐ Yes List language and/or ______

## Location Status:

Arrest Date ______

☐ Already in Federal Custody as ______ in ______

☐ Already in State Custody

☐ On Pretrial Release

## U.S.C. Citations

Total # of: 1 ☐ Petty ☐ Misdemeanor X Felony

☐ Class A
☐ Class B
☐ Class C

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 U.S.C. §841(a)(1) | Knowingly and Intentionally Possessed With | |
| Set 2 | | the Intent to Distribute Marijuana | 1 |
| Set 3 | | | |

(May be continued on reverse)

Date: 9-30-09 Signature of AUSA: [signature]